IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE REID, on behalf of her daughter, SHANELLE REID, a minor | : : | CIVIL ACTION |
| v. | : : | |
| SCHOOL DISTRICT OF PHILADELPHIA, and GREGORY SHANNON, PRINCIPAL, BENJAMIN FRANKLIN ELEMENTARY SCHOOL | : : : : : | NO.  03-1742 |

**ORDER**

_____AND NOW, this 2nd day of September 2004, it is **ORDERED** that this Court's Order of August 27, 2004, is **VACATED,** and the following order is **SUBSTITUTED:**

    1.  Judgment will be entered in favor of the plaintiff on Count I, and against the School District, in the amount of $10,000.  Judgment is entered in favor of Defendant Gregory Shannon on Count I, the Individuals with Disabilities Education Act.

    2.  Judgment will be entered in favor of the defendants on Count II, Section 504 of the Rehabilitation Act.

    3.  Oral argument on all remaining counts will be heard on October 4, 2004, at 3:00 p.m. in Courtroom 10-A.

                                                                Norma L. Shapiro, S.J.